944

The instant affidavit does not comply with this mandate of the statute and the search warrant issued thereon. The search of the residence of appellant thereunder was without authority of law.

This conclusion renders unnecessary a discussion of the other questions presented. For the error pointed out, the judgment is reversed and the cause is remanded.

Opinion approved by the court.

the fine and all costs were paid by appellant. Notice of appeal was given, however, and, after the expiration of the term, an appeal bond was entered into.

The fine assessed and all costs adjudged against appellant having been paid, the question raised on this appeal has become moot.

The judgment is affirmed.

Opinion approved by the court.

### WINKLER v. STATE.
### No. 26079.

Court of Criminal Appeals of Texas.
Nov. 26, 1952.

### DAVIS v. STATE.
### No. 25970.

Court of Criminal Appeals of Texas.
Oct. 29, 1952.

Charles S. McMillan, San Augustine, for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

WOODLEY, Commissioner.

During the June, 1952 term of the County Court of Jasper County, Texas, appellant pleaded guilty before the court to the charge of driving a motor vehicle while intoxicated. Judgment was entered assessing the punishment at a fine of $50, and

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

WOODLEY, Commissioner.

In this misdemeanor appeal the proceedings appear to be regular, and no statement of facts or bills of exception are found in the record.

The judgment is affirmed.

Opinion approved by the court.